**Abatement Order filed November 8, 2011.**



**In The**

**Fourteenth Court of Appeals**

_____

**NO. 14-11-00783-CV**

_____

**JASON FELT, CANARY FINANCIAL, INC., JONATHAN WASSERBERG, AND WASSERBERG INVESTMENTS, Appellants**

**V.**

**COMERICA BANK, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50665**

## A B A T E M E N T   O R D E R

This appeal is from a judgment signed April 21, 2011.   The clerk's record was filed October 6, 2011.   The record reflects the notice of appeal was filed September 1, 2011.

In response to a notice the appeal would be dismissed for lack of jurisdiction, appellants invoke Texas Rule of Civil Procedure 306a.   Appellants must provide a written order signed by the trial court finding the date on which appellants first received notice or acquired actual knowledge the judgment was signed.   *See* Tex. R. App. P. 4.2(c).   *See also In re Jones*, 974 S.W.2d 766 (Tex. App. -- San Antonio 1998) (orig. proceeding) (the

date must be established by competent proof and included in a written order signed by the trial judge).

Accordingly, we order the case abated and remanded to the trial court for a hearing and entry of an order finding the date on which appellant first received notice or acquired actual knowledge that the order was signed. A supplemental clerk's record containing the trial court's order shall be filed with the clerk of this court **within 30 days of the date of this order.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.